No. 415. NISHIKAWA *v.* DULLES, SECRETARY OF STATE. C. A. 9th Cir. Certiorari granted. *A. L. Wirin* and *Fred Okrand* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Richard J. Blanchard* for respondent.

No. 12, Misc. BARTKUS *v.* ILLINOIS. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Supreme Court of Illinois granted. MR. JUSTICE BRENNAN took no part in the consideration or decision of these applications. Petitioner *pro se. Latham Castle,* Attorney General of Illinois, for respondent.

No. 61, Misc. HOAG *v.* NEW JERSEY. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Supreme Court of New Jersey granted. MR. JUSTICE BRENNAN took no part in the consideration or decision of these applications.

No. 80, Misc. LADNER *v.* UNITED STATES. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit granted. MR. JUSTICE BRENNAN took no part in the consideration or decision of these applications. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 29, Misc. MOORE *v.* MICHIGAN. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Supreme Court of Michigan granted. Petitioner *pro se. Thomas M. Kavanagh,* Attorney General

of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, for respondent.

No. 125, Misc. BROWN *v.* UNITED STATES. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit granted. *Geo. W. Crockett, Jr.* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 318, Misc. PEREZ *v.* BROWNELL, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari granted. *Fred Okrand* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for respondent.

No. 397. INTERNATIONAL UNION, UNITED AUTOMOBILE, AIRCRAFT & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, CIO, *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied. *Harold A. Katz, Harold A. Cranefield* and *Kurt L. Hanslowe* for petitioner. *Solicitor General Rankin, Theophil C. Kammholz, Dominick L. Manoli* and *Samuel M. Singer* for respondent.

No. 405. MEKOLICHICK ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Hayden C. Covington* for petitioners. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.